UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WALTER LEE SLAGEL and** ) | **Case No. 08-27683 HRT** |
| **NANCY SUZANNE MILLER,** ) | **Chapter 7** |
| ) | |
| **Debtors.** ) | |
| ) | |
| ) | |
| **YVONNE DUVAL,** ) | **Adversary No. 09-1051 HRT** |
| **JODIE SAILORS,** ) | |
| **JOAN WEDBUSH and** ) | |
| **RAYMOND L. WEDBUSH,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **WALTER LEE SLAGEL and** ) | |
| **SUZANNE MILLER,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DENYING MOTION TO DISMISS
## AND HOLDING ADVERSARY PROCEEDING IN ABEYANCE

This case comes before the Court on *Defendants Walter Lee Slagel and Nancy Suzanne Miller's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Fed.R.Civ.P. 56* (docket #9) [the "Motion"].

The *Adversarial Complaint for Declaration That Assets of Debtor Are Not Exempt from State Case Money Judgment Against Debtors* (docket #1) [the "Complaint"]

> seeks a determination that several of the claims asserted by the Plaintiffs against the Defendants in Case No. 2008 CV 1161, presently pending in the District Court for Douglas County, State of Colorado are nondischargeable pursuant to 11 U.S.C. § 523(a), Bankruptcy Rule 4007, and Bankruptcy Rule 7001(6).
>
> In the alternative, [the] Complaint seeks money judgment for the claims alleged in the Douglas County District Court and a determination that such money judgment is nondischargeable pursuant to 11 U.S.C. § 523(a), Bankruptcy Rule 4007, and Bankruptcy Rule 7001(6).

ORDER DENYING MOTION TO DISMISS AND HOLDING
ADVERSARY PROCEEDING IN ABEYANCE
Adversary No. 09-1051 HRT

      Defendant's Motion seeks dismissal of the Complaint under Rule 12(b)(6) for failure to state a claim upon which relief may be granted. The Court has reviewed the Complaint and finds that it does state a claim upon which relief may be granted. Consequently, the Motion will be denied.

      On January 28, 2009, the Court entered its *Order Granting Relief from Stay* (docket #21) to allow the Plaintiffs to liquidate their state law claims in Case No. 2008CV1161 pending in the Douglas County Colorado District Court. Pursuant to the terms of that order, Plaintiffs are permitted to prosecute their claims to judgment in the Douglas County case but not to seek enforcement of any judgment so obtained.

      The Complaint merely seeks a determination by this Court that the causes of action currently being prosecuted in Douglas County are nondischargeable. However, the posture of this case is such that it will be useful to allow the state court proceedings to be concluded before this Court addresses the nondischargeability question. For this Court to attempt to adjudicate matters which are identical to those under consideration by the state court would inevitably result in duplication of efforts for both the parties and the Court and presents the risk that the two courts may reach disparate results. It will be more efficient and less burdensome for the parties if this Court holds this adversary proceeding in abeyance until after the Douglas County court has entered its judgment in its case. Therefore, it is

      **ORDERED** that *Defendants Walter Lee Slagel and Nancy Suzanne Miller's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Fed.R.Civ.P. 56* (docket #9) is DENIED. It is further

      **ORDERED** that this Adversary Proceeding shall be held in abeyance pending entry of a final judgment in Case No. 2008CV1161 pending in the Douglas County Colorado District Court. It is further

      **ORDERED** that within 30 days after entry of a final judgment in Case No. 2008CV1161 pending in the Douglas County Colorado District Court, the Plaintiff shall file a status report with this Court that shall include a copy of the state court's judgment and any memorandum opinion entered in that case and a request for this Court to set a status hearing to determine further proceedings to be held in this Court.

      Dated this \_\_2nd\_\_ day of April, 2009.

                                   **BY THE COURT:**

                                   Howard R. Tallman, Chief Judge
                                   United States Bankruptcy Court