## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>WALTER LEE SLAGEL<br>NANCY SUZANNE MILLER<br><br>                Debtors. | Bankruptcy Case No: 08-27683-HRT<br>Chapter 7 |
| YVONNE DUVAL, JODIE SAILORS, JOAN WEDBUSH and RAYMOND L. WEDBUSH,<br><br>                Plaintiffs,<br><br>v.<br><br>WALTER LEE SLAGEL and SUZANNE MILLER,<br><br>                Defendants. | Adversary Case No.: 09-1051 HRT |

## MOTION TO WITHDRAW AS COUNSEL

    **COMES NOW** Counsel for the Defendants, Stephen E. Berken, Esq., and moves this Court for entry of an order allowing counsel to withdraw from representation in this matter, and in support thereof represents to the Court as follows:

1. On or about November 6, 2008, undersigned counsel assisted Debtors to file a Chapter 7 Bankruptcy Petition.

2. Debtors failed to appear for their 341 Meeting of Creditors originally scheduled for December 11, 2008, and the meeting was continued to January 22, 2009.

3. On or about February 2, 2009, Plaintiffs filed an Adversary Proceeding in case No. 09-1051 HRT.

4. On or about March 19, 2009, the US Trustee filed Motions for 2004 Examination of the Debtors and their corporation in the Defendants' underlying Chapter 7 bankruptcy, this Court granted said Motions on or about March 20, 2009.

5. On or about March 30, 2009, the US Trustee noticed the 2004 exams of the Debtors for April 28, 2009, and requested Debtors provide certain documents prior to that date.

6. Debtors have not provided said requested documents, and undersigned counsel and Debtors Walter Lee Slagel and Nancy Suzanne Miller, have encountered irreconcilable differences.

7. Undersigned counsel has notified the Defendants of the intent to withdraw. *See Notification of Withdrawal of Counsel* filed contemporaneously herein.

**WHEREFORE**, Undersigned Counsel respectfully requests this Court to allow him to withdraw from representation of the Debtors in this matter.

RESPECTFULLY SUBMITTED this 18th day of May, 2009.

/s/ Stephen E. Berken
Stephen E. Berken, Reg. No 14296
1159 Delaware Street
Denver, CO   80204
(303) 623-4357
Fax No.: (720) 554-7853
Email: berkenpub@aol.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 18th day of May, 2009, I served copies of the foregoing **MOTION TO WITHDRAW AS COUNSEL and proposed ORDER**, by having a copies thereof mailed via first-class mail, postage prepaid, in the United States Mail, to the following:

Gerald L. Jorgensen
719 3rd Ave.
Longmont, CO 80501

Nancy Suzanne Miller
Walter Lee Slagel
PO Box 8822
Steamboat Springs, CO 80488

By: /s/ Sharita Stevens