## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>WALTER LEE SLAGEL<br>NANCY SUZANNE MILLER<br><br>       Debtors. | Bankruptcy Case No: 08-27683-HRT<br>Chapter 7 |
| YVONNE DUVAL, JODIE SAILORS, JOAN WEDBUSH and RAYMOND L. WEDBUSH,<br><br>       Plaintiffs,<br><br>v.<br><br>WALTER LEE SLAGEL and SUZANNE MILLER,<br><br>       Defendants. | Adversary Case No.: 09-1051 HRT |

## NOTICE OF INTENT TO WITHDRAW AS COUNSEL

  Notice is hereby given to the Defendants that Stephen E. Berken, your attorney in the above captioned matter, intends to request the Court to allow him to withdraw from representing you in the above captioned case. Your continued responsibilities are as follows:

1.  That the Court retains jurisdiction over you and this case.

2.  That you have agreed to seek new counsel.

3.  That you have the burden of keeping the Court informed where notices, pleadings or other papers may be served.

4. That you have the obligation to prepare for all Court appearances, trials, and hearings or hire counsel to appear on your behalf.

5. That if you fail or refuse to meet these burdens you may suffer possible dismissal of your claims.

6. That you have the right to object to the undersigned's withdrawal from the instant case: said objection must be filed with the Court and with the undersigned by **June 17, 2009.**

**7.** That this Adversary Proceeding is currently held in abeyance, however, that you will be responsible for meeting all deadlines in this case if the case is no longer held in abeyance.

8. That the Defendants' last known addresses are:

Walter Lee Slagel
Nancy Suzanne Miller
PO Box 882020
Steamboat Springs, CO 80488


RESPECTFULLY SUBMITTED this 18th day of May, 2009.

/s/ Stephen E. Berken
Stephen E. Berken, Reg. No 14296
1159 Delaware Street
Denver, CO   80204
(303) 623-4357
Fax No.: (720) 554-7853
Email: berkenpub@aol.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 18th day of May, 2009, I served copies of the foregoing **NOTICE OF INTENT TO WITHDRAW AS COUNSEL**, by having a copies thereof mailed via first-class mail, postage prepaid, in the United States Mail, to the following:

Gerald L. Jorgensen
719 3rd Ave.
Longmont, CO 80501

Nancy Suzanne Miller
Walter Lee Slagel
PO Box 8822
Steamboat Springs, CO 80488

By: /s/ Sharita Stevens