# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>WALTER LEE SLAGEL<br>NANCY SUZANNE MILLER<br><br>Debtors. | Bankruptcy Case No: 08-27683-HRT<br>Chapter 7 |
| YVONNE DUVAL, JODIE SAILORS, JOAN WEDBUSH and RAYMOND L. WEDBUSH,<br><br>Plaintiffs,<br><br>v.<br><br>WALTER LEE SLAGEL and SUZANNE MILLER,<br><br>Defendants. | Adversary Case No.: 09-1051 HRT |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Upon Motion by Defendants' Counsel to Withdraw from representation in this matter, and notification to the Defendants, and the Court being apprised of the premises therein:

IT IS HEREBY ORDERED that Defendants' Counsel, Stephen E. Berken, Esq., may withdraw from representation of the Defendants Walter Lee Slagel and Nancy Suzanne Miller in Adversary Case No. 09-1051-HRT.

DATED: June 24, 2009.

BY THE COURT:

_Howard Tallman_
U.S. BANKRUPTCY JUDGE

1