# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: ) | | |
| WALTER LEE SLAGEL and ) | | Bankruptcy Case No. |
| NANCY SUZANNE MILLER, ) | | 08-27683 HRT |
| Debtor(s). ) | | Chapter 7 |
| ) | | |
| Address: P.O. Box 882020 ) | | |
| Steamboat Springs, CO 80488 ) | | |
| ) | | |
| Last four digits of SS#: 5370 ) | | |
| and 7259 ) | | |
| ) | | |
| ) | | |
| Yvonne Duval, Jodie Sailors, ) | | |
| Joan Wedbush and Raymond L. Wedbush, ) | | |
| Plaintiffs, ) | | |
| v. ) | | Adversary Pro. No. 09-1051 HRT |
| ) | | |
| Walter Lee Slagel and ) | | |
| Nancy Suzanne Miller, ) | | |
| Defendants. ) | | |

**ORDER AND NOTICE OF TELEPHONIC STATUS AND SCHEDULING CONFERENCE**

THIS MATTER is before the Court to set a status and scheduling conference. The Court has reviewed the Status Memorandum and Motion for Declaration That Assets Of Debtor Are Not Exempt From Money Judgment Awarded in Douglas County District Court Case No. 2008 CV 1161. Accordingly,

**IT IS HEREBY ORDERED** that a telephonic status and scheduling conference will be held **Monday, January 4, 2010, at 1:30 p.m. in Courtroom B,** U.S. Custom House, 721 19th Street, Denver, Colorado, 80202.

**IT IS FURTHER ORDERED** that counsel/parties shall call *720.904.7488* within 10 minutes of the scheduled time of the hearing. The meeting ID is 1112, followed by the # sign. Counsel/parties shall remain on the line until Court personal takes the roll call and the hearing begins.

DATED this 8th day of December, 2009.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court