UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   1/4/2010                                  HONORABLE HOWARD TALLMAN, Presiding

| In re: | Walter Lee Slagel and Nancy Suzanne Miller, | Debtors | Case No: 08-27683-HRT Chapter 7 |
|---|---|---|---|
| | Yvonne Duval, Jodie Sailors, Joan Wedbush and Raymond L. Wedbush, | Plaintiffs | Adversary No: 09-1051-HRT |
| | | v. | |
| | Walter Lee Slagel and Nancy Suzanne Miller, | Defendants | |

Appearances:
- Plaintiff                                            Counsel   Gerald Jorgensen
- Defendant   No Appearance                Counsel

Proceedings:   [] **Evidentiary Hearing**        [XXX] **Non-evidentiary Hearing**

Telephonic Status and Scheduling Conference. Plaintiff's Motion for Declaration That Assets Of Debtor Are Not Exempt From Money Judgment Awarded In Douglas County District Court Case No. 2008 CV 1161.

[] Witnesses Sworn     [] See List Attached     [] Exhibits Admitted     [] See List Attached
[X] The Court set deadlines for filing a motion for summary judgment.

Orders:
[] Relief sought in complaint/motion      [] Granted      [] Denied      [] Dismissed      [] by Default
[] Judgment to enter for:      [] Plaintiff      [] Defendant      [] Movant      [] Respondent
                                                       [] In the amount of: $@

[] Matter taken under advisement

[] Oral findings of fact and conclusions of law made of record

[] Continued to @ in Courtroom B, U.S. Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, Colorado.

[X] The deadline for filing of a motion for summary judgment is set as January 22, 2010. Any response to a motion for summary judgment must be filed no later than February 8, 2010. The Court will schedule further proceedings if the matter cannot be disposed of on summary judgment.

Date:   1/4/2010                                  FOR THE COURT:
                                                              *Bradford L. Bolton, Clerk of the Bankruptcy Court*

                                                              /s/ Tom Lane
                                                          By: _____
                                                              Tom Lane, Judicial Law Clerk