UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| WALTER LEE SLAGEL and ) | Case No. 08-27683-HRT |
| NANCY SUZANNE MILLER, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| _____) | |
| ) | |
| YVONNE DUVAL, JODIE SAILORS, ) | Adv. Proc. No: 09-01051-HRT |
| JOAN WEDBUSH and RAYMOND L. ) | |
| WEDBUSH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WALTER LEE SLAGEL and ) | |
| NANCY SUZANNE MILLER, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO STRIKE REPLY TO MOTION FOR SUMMARY JUDGMENT**

COME NOW, Defendants, Walter Lee Slagel and Nancy Suzanne Miller, by and through their counsel at Bell, Gould & Scott, P.C., and for their Motion to Strike Reply to Motion for Summary Judgment, hereby state:

Plaintiffs filed their Reply following Defendants' Response to Motion for Summary Judgment on February 12, 2010. No such reply is authorized by the Local Bankruptcy Rules (*see* L.B.R. 7056-1(e)) or by any pre-trial order of this Court. Therefore, Plaintiffs' reply should be stricken.

1

WHEREFORE, Defendants respectfully request that this Court strike Plaintiffs' Reply to Motion for Summary Judgment and consider only the motion and responses properly filed on such matter.

Respectfully submitted this 16th day of February, 2010.

                                   BELL, GOULD & SCOTT, P.C.

                                   By: /s/ Gregory S. Bell
                                   Gregory S. Bell, #9630
                                   322 East Oak Street
                                   Fort Collins, CO 80524
                                   (970) 493-8999; Fax: (970) 224-9188
                                   GBell@bell-law.com
                                   Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February 2010, the above and foregoing **MOTION TO STRIKE PLAINTIFFS' REPLY TO MOTION FOR SUMMARY JUDGMENT**, was filed electronically and served by PACER via e-mail or U.S. mail first class postage prepaid, as appropriate, addressed as follows:

Gerald L. Jorgensen, Esq
JORGENSEN, MOTYCKA & LEWIS, P.C.
719 3rd Ave.
Longmont, C0 80501

                                   /s/ Laurie R. Stirman