UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WALTER LEE SLAGEL and | ) | Case No. 08-27683 HRT |
| NANCY SUZANNE MILLER, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| YVONNE DUVAL, JODIE SAILORS, | ) | Adversary No. 09-1051 HRT |
| JOAN WEDBUSH and | ) | |
| RAYMOND L. WEDBUSH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER LEE SLAGEL and | ) | |
| SUZANNE MILLER, | ) | |
| | ) | |
| Defendants. | | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

This case comes before the Court on Plaintiff's *Motion for Summary Judgment* (docket #25) [the "Motion"]. The Motion will be denied for the Plaintiffs' failure to comply with Local Bankruptcy Rule 7056-1 concerning summary judgment motions in adversary proceedings.

In particular, the rule requires the movant to set out the elements of each cause of action upon which it seeks to have summary judgment entered. The factual allegations in support of those elements must be set out in numbered paragraphs with citations to supporting evidence.

Often, when there has been a prior state court adjudication related to the claims being made in a bankruptcy adversary proceeding, a motion for summary judgment and application of the doctrine of collateral estoppel (issue preclusion) may be an efficient vehicle for ruling on some or all of the claims involved in the adversary case. But, here, the movant's evidentiary support for the Motion consists exclusively of the judgment rendered in the state court. That is insufficient for this Court to determine that the specific elements constituting the Plaintiff's bankruptcy causes of action have been litigated in the state forum. Plaintiff's Motion lacks any discussion from which the Court may conclude that the individual issues included in Plaintiff's causes of action in this Court were actually litigated and were necessary to the judgment reached in the state forum. *See In re Water Rights of Elk Dance Colorado, LLC*, 139 P.3d 660, 667 (Colo. 2006) (en banc) (elements of issue preclusion under Colorado law). Therefore, it is

ORDER DENYING MOTION FOR SUMMARY
JUDGMENT WITHOUT PREJUDICE
Adversary No. 09-1051 HRT

**ORDERED** that Plaintiff's *Motion for Summary Judgment* (docket #25) is DENIED without prejudice.

Dated this 22th day of February, 2010.

**BY THE COURT:**

_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court