UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>WALTER LEE SLAGEL and<br>NANCY SUZANNE MILLER,<br><br>　　　　　Debtors.<br>_____ | Case No. 08-27683-HRT<br>Chapter 7 |
| YVONNE DUVAL, JODIE SAILORS,<br>JOAN WEDBUSH and RAYMOND L.<br>WEDBUSH,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WALTER LEE SLAGEL and<br>NANCY SUZANNE MILLER,<br><br>　　　　　Defendants. | Adv. Proc. No: 09-01051-HRT |

**ANSWER OF DEBTORS TO PLAINTIFFS' ADVERSARIAL COMPLAINT FOR DECLARATION THAT ASSETS OF DEBTOR ARE NOT EXEMPT FROM STATE CASE MONEY JUDGMENT AGAINST DEBTORS**

　　　COME NOW, Defendants Walter Lee Slagel and Nancy Suzanne Miller, by and through their counsel at Bell, Gould & Scott, P.C., and submit their Answer to Plaintiffs' Adversarial Complaint (the "Complaint") as follows:

### SUMMARY OF ALLEGATIONS

1. The allegations of Paragraphs 1 and 2 do not require a response, as they are statements of relief requested.

2. The allegations of Paragraphs 3 and 4 are admitted.

3. As of the date of the Complaint, the allegation of Paragraph 5 is admitted.

4. The allegations of Paragraph 6 are denied.

5. The allegations of Paragraphs 7, 8, and 9 are admitted.

6. With respect to Paragraph 10, it is admitted that some or all of the Plaintiffs lent money to entities operated by debtors or in some cases to debtors themselves. All other allegations or implications of such Paragraphs are denied.

7. Defendants did not receive "Exhibit A," referenced in Paragraph 12, and by implication in Paragraph 11, and therefore any allegations of such Paragraphs are denied.

8. The allegations of Paragraph 13 are denied.

9. Any allegation not specifically admitted is denied.

## ADDITIONAL DEFENSES

1. Plaintiffs' Complaint fails to state a claim on which the relief requested could be granted.

WHEREFORE, Defendant request that the Complaint be dismissed, that the debts in question be discharged, and that Debtors recover any and all relief to which the Court finds them entitled.

DATED this 21st day of July, 2010.

BELL, GOULD & SCOTT, P.C.

_____
Gregory S. Bell, #9630
Attorney for Defendants Walter Lee Slagel
and Nancy Suzanne Miller