UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WALTER LEE SLAGEL and** ) | Case No. 08-27683 HRT |
| **NANCY SUZANNE MILLER,** ) | Chapter 7 |
| ) | |
| **Debtors.** ) | |
| ) | |
| ) | |
| **YVONNE DUVAL, JODIE SAILORS,** ) | |
| **JOAN WEDBUSH and** ) | Adversary No. 09-1051 HRT |
| **RAYMOND L. WEDBUSH,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WALTER LEE SLAGEL and** ) | |
| **SUZANNE MILLER,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER DENYING APPLICATION FOR ENTRY OF DEFAULT**

This case comes before the Court on Plaintiff's *Application to Clerk for Entry of Default With Supporting Affidavit* (docket #36) [the "Application"].

The Court has reviewed Plaintiffs' Application. An Answer has been filed in this case, therefore, it is

**ORDERED** that Plaintiff's *Application to Clerk for Entry of Default With Supporting Affidavit* (docket #36) is DENIED.

Dated this __17th__ day of July, 2010.

BY THE COURT:

*/s/ Howard Tallman*
Howard R. Tallman, Chief Judge
United States Bankruptcy Court