# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>WALTER LEE SLAGEL and<br>NANCY SUZANNE MILLER,<br>Debtor(s).<br><br>Address:   P.O. Box 882020<br>            Steamboat Springs, CO 80488<br><br>Last four digits of SS#: 5370 and<br>                                  7259 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Bankruptcy Case No.<br>08-27683 HRT<br>Chapter 7 |
| YVONNE DUVAL, JODIE SAILORS,<br>JOAN WEDBUSH and<br>RAYMOND L. WEDBUSH<br>   Plaintiff,<br>v.<br><br>WALTER LEE SLAGEL and<br>NANCY SUZANNE MILLER,<br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No. 09-1051 HRT |

## ORDER AND NOTICE REGARDING TRIAL PURSUANT TO
## FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b))

   IT IS ORDERED that the provisions of Fed.R.Civ.P. 26, as amended effective December 1, 2007, shall apply to this proceeding, subject to the provisions of this Order.

   IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

   1.   Amended Pleadings.  Motions to amend or supplement pleadings or to join additional parties must be filed by **June 10, 2011**.  This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

   2.   Expert Witnesses.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **June 10, 2011**.  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **July 11, 2011**.

3.     <u>Duty to Supplement-Sanctions</u>.  All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e).  Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4.     <u>Discovery</u>.  Discovery must be completed by **August 31, 2011**.  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 **shall apply** in this adversary proceeding.

5.     <u>Dispositive Motions</u>.  Dispositive motions, if any, must be filed by **September 14, 2011**.  Any response to a dispositive motion **shall be filed** with the Court and served on interested parties **within fourteen (14) days after mailing** of the dispositive motion.

6.     <u>Status and Scheduling Conferece</u>.  A status and scheduling conference to set a trial date and related deadlines shall be held on **Wednesday, December 7, 2011**, commencing at **10:00 A.M.** in Courtroom **C203**, Rogers Courthouse at 1929 Stout Street, Denver, Colorado.

IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **April 7, 2011**, no modifications will be entertained by the Court.  Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

DATED this  23rd  day of March, 2011.

BY THE COURT:

_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court