UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| WALTER LEE SLAGEL and | ) Case No. 08-27683-HRT |
| NANCY SUZANNE MILLER, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| YVONNE DUVAL, JODIE SAILORS, | ) Adv. Proc. No: 09-01051-HRT |
| JOAN WEDBUSH and RAYMOND L. WEDBUSH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALTER LEE SLAGEL and | ) |
| NANCY SUZANNE MILLER, | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Upon Motion by Defendant's Counsel to Withdraw from representation in this matter, and notification to the Defendants, and the Court being apprised of the premises therein:

IT IS HEREBY ORDERED that Defendants' Counsel, Gregory S. Bell, Esq., may withdraw from representation of the Defendants Walter Lee Slagel and Nancy Suzanne Miller in Adversary Case No. 09-1051-HRT

DATED: March 23, 2011.

BY THE COURT:

*Howard Tallman*
U.S. BANKRUPTCY JUDGE